UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

HEARING DATE:  April 15, 2026
HEARING TIME:   9:30 am
HEARING PLACE: Syracuse, NY

_____

IN RE: AKEMEE R. CAPERS

                              Debtor

ATTORNEY'S AFFIRMATION

Case No. 26-30082-5-wak

Chapter 7

_____

The affirmation of James F. Selbach, Esq., made under penalties of perjury, states as follows:

1.  I am the attorney for Debtor. I make this affirmation in support of the application for an order of this Court, pursuant to 11 U.S.C. §362(k), (1) finding a violation of the automatic stay, (2) imposing sanctions and monetary penalties, (3) awarding attorneys' fees to counsel for Debtor, (4) awarding actual damages to Debtor, and (5) awarding the costs of this motion.

2.  This contested matter is being commenced to (1) vindicate the right to be free from the harassment of creditor demands, (2) preserve the integrity of the automatic stay, and (3) recover actual damages, including attorneys' fees as set forth herein.

3.  The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on February 11, 2026.

4.  University Hill Apartments, Inc. ("University") was listed as a creditor in the case and received notice from the Court of the commencement of the case.

5.  Attached as Exhibit A is a copy of the Certificate of Notice filed in this case which indicates that University was notified of the commencement of the case.

6.  University sent Debtor a written demand for payment of a pre-petition debt, a copy of which is attached as Exhibit B.

7.  The conduct of University against Debtor threatens the integrity of the automatic stay.

8.  University denied Debtor the right to be free of creditor collection pressure guaranteed by the Bankruptcy Code.

9. The conduct of University has denied Debtor the right to a fresh start, provided by the Bankruptcy Code.

10. By reason of the foregoing violation, the Court should impose sanctions, Crysen/Montenay Energy Co. v. Esselen Assoc. Inc. (In re Crysen/Montenay), 902 F.2d 1098, 1099, 1103, 1104, 1105 (2d. Cir. 1990), and a "monetary penalty" [11 U.S.C. §342(g)(2)] on University.

11. Therefore an order of this Court is requested, as against University:

    (1)    finding a violation of the automatic stay ;

    (2)    imposing sanctions and monetary penalties;

    (3)    awarding attorneys' fees to counsel for Debtor;

    (4)    awarding actual damages to Debtor;

    (5)    awarding the costs of this motion.

DATED:  Syracuse, New York
          March 19, 2026

**SELBACH LAW OFFICES, P.C.**

By: /s/ James F. Selbach
    James F. Selbach, Esq.
    8809 Daylight Drive
    Liverpool, New York 13090
    315.471.6611
    jselbach@selbachlawfirm.com

*Attorney for Debtor*